IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBYN STEVENS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 1:18-cv-350-KD-B |
| ) | |
| MOBILE COUNTY BOARD OF ) | |
| SCHOOL COMMISSIONERS ) | |
| ) | |
|     Defendant. ) | |

## JUDGMENT

In accordance with the jury verdict issued on January 28, 2020 (Doc. 67), it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered as follows: in favor of Defendant Mobile County Board of School Commissioners and against Plaintiff Robyn Stevens for the claim of Title VII Sex/Pregnancy Discrimination; in favor of Plaintiff and against Defendant in the amount of $3,910.13 for the violation of her rights pursuant to the Family and Medical Leave Act, 29 U.S.C. § 2601.

**DONE** and **ORDERED** this the **4th** day of **March 2020**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**