**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ROBYN STEVENS, ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION NO. 1:18-cv-350-KD-B |
| ) | |
| MOBILE COUNTY BOARD OF ) | |
| SCHOOL COMMISSIONERS ) | |
|    Defendant. ) | |

**AMENDED JUDGMENT**

In accordance with this Court's order entered April 20, 2020 (Doc. 85), it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Amended Final Judgment (Doc. 71) be **AMENDED**. Final Judgment is amended to include: **$100,983.75** in attorney fees, **$3,203.44** in paralegal fees, and **$400.00** in costs.

Except as amended herein, all provisions of the judgment entered April 4, 2020 (Doc. 84) shall remain in effect.

**DONE** and **ORDERED** this the **20th** day of **April 2020.**

        /s/Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **CHIEF UNITED STATES DISTRICT**